No. 05–5401. FORD v. JOHNSON, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 05–5402. SALERNO v. SCHRIRO, DIRECTOR, ARIZONA DE-
PARTMENT OF CORRECTIONS. Ct. App. Ariz. Certiorari denied.

No. 05–5404. MARTINEZ-GARCIA v. UNITED STATES. C. A. 9th
Cir. Certiorari denied.

No. 05–5405. CAMPOS MADRIGAL v. UNITED STATES. C. A.
5th Cir. Certiorari denied.

No. 05–5406. COLLINS v. FLORIDA. Dist. Ct. App. Fla., 1st
Dist. Certiorari denied.

No. 05–5408. FISHER v. SMITH, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 05–5409. HIGGS v. HANKS, SUPERINTENDENT, WABASH
VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari
denied.

No. 05–5411. VIGIL v. EVANS, ACTING WARDEN. C. A. 9th
Cir. Certiorari denied.

No. 05–5413. BYRD v. UNITED STATES. C. A. 11th Cir. Cer-
tiorari denied.

No. 05–5414. BACH v. UNITED STATES. C. A. 8th Cir. Cer-
tiorari denied.

No. 05–5415. A. L. v. IOWA. Ct. App. Iowa. Certiorari de-
nied.

No. 05–5416. ZHANG v. AUSTIN. Cir. Ct. Jefferson County,
W. Va. Certiorari denied.

No. 05–5418. RETA-MENDOZA v. UNITED STATES. C. A. 11th
Cir. Certiorari denied.

No. 05–5419. GAMBLE v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 05–5420. GARRIGA v. UNITED STATES; MORAN-CORTEZ v.
UNITED STATES; and VASQUEZ-SANCHEZ v. UNITED STATES.
C. A. 5th Cir. Certiorari denied.